**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SIMEON LEWIS, Estate, Simeon Washa Amen Ra Ex, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 14 CV 7171 |
| v. | ) ) ) | Honorable Judge Tharp Jr. Magistrate Judge Valdez |
| BNSF RAILWAY Company, C.E.O. Matthew K. Rose | ) ) ) | |
| Defendants. | ) | |

## BNSF RAILWAY COMPANY'S MOTION TO CITE SUPPLEMENTAL AUTHORITY

Defendant, BNSF Railway Company "(BNSF"), by its attorneys, Raymond H. Groble III, Heather R. Adams, and Daley Mohan Groble, P.C., respectfully moves this Court for leave to cite *Lewis v. BNSF Railway Company*, 14-cv-7173 (N.D. Ill. July 17, 2015), as supplemental authority in support of BNSF's Motion to dismiss Count II of Plaintiff's Complaint. The grounds for this motion are as follows:

1. On August 17, 2015, District Court Judge John Lee handed down his opinion in *Lewis v. BNSF Railway Company*, 14-cv-7173 (N.D. Ill. July 17, 2015). Ex. A, Memo & Op., Aug. 17, 2015. Judge Lee's decision dismissed the plaintiff, Mr. Simeon Lewis'(also known as Mr. "Simeon Washa Amen Ra"), complaint in its entirety and with prejudice.

2. The decision held that, contrary to Mr. Lewis' allegations, BNSF neither violated his Fifth Amendment rights nor breached any alleged fiduciary duty owed to him by complying with IRS rules, regulations and directives to withhold a portion of his wages in satisfaction federal taxation requirements and state court ordered child support garnishments.

3.      District Court Judge Lee, at the recommendation of Magistrate Judge Finnegan, reasoned, in part, that:

- the Anti-Injunction Act contained in Title 26 U.S.C. § 7421(a) deprived the court of subject matter jurisdiction over Mr. Lewis's claim because the Act prohibits lawsuits designed to restrain the assessment or collection of federal taxes. Ex. A, Memo & Op., 5-7.
- 26 USC § 3403 grants BNSF immunity from liability for complying with IRS directives and Mr. Lewis' sole remedy to recoup withheld tax monies is to initiate a tax refund claim against the United States government. *Id*. at 6, 10-11; and
- Neither BNSF nor Mr. Rose are government actors and, therefore, cannot be held liable for violating Mr. Amen Ra's Fifth Amendment Rights. *Id*.

4.      On September 15, 2014, Mr. Lewis filed his Complaint in this action. Dkt. No. 1, Pl.'s Compl. In his Complaint, Mr. Lewis alleged two counts of Title VII violations and two counts of 42 USC Section 1981 violations:

- **Count I-Discrimination Based on Citizenship/Nationality:** BNSF's human resources department discriminated against Plaintiff because of his citizenship and nationality when it failed to classify him as a US National rather than as a US Citizen, even though Plaintiff informed BNSF that he is a tribal member of the Moorish Nation and/or Aboriginal Republic of North America/ International Indigenous Society and requested that his citizenship classification be updated. Dkt. No.1, Pl.'s Compl., ¶ 1; Dkt. 19, Pl.'s Resp. to Def.'s Mot. to Dismiss, ¶1.
- **Count II-Discrimination Based on Religious Beliefs:** BNSF subjected Plaintiff to religious discrimination in violation of Title VII by continuing to use his social security number to identify him to the IRS for the purposes of federal tax assessment and collection. Dkt. No. 1, Pl.'s Compl., ¶¶17-22; Dkt. No. 19, Pl.'s Resp., ¶¶1-2. Mr. Amen Ra reasoned that his religious beliefs prohibit him from being identified by a social security number and that he is exempt from tax withholdings. Dkt. No. 1, Pl.'s Compl., ¶¶17-22; Dkt. No. 19, Pl.'s Resp., ¶3.
- **Counts III and IV–Retaliation and Harassment in Violation of 42 U.S.C. Section 1981:** BNSF harassed and retaliated against him by prohibiting him from bidding for a promoted position and placing a (+) next to his name on the Employee roster, to indicate that he was not qualified to bid for promoted positions. Dkt. No. 1, Pl.'s Compl., ¶¶ 23-28.

5.      On November 14, 2014, BNSF filed a motion to dismiss Mr. Amen Ra's complaint, in its entirety. In regard to Count II, BNSF reasoned, in part, that it should be dismissed because Mr. Lewis can neither prevent BNSF nor hold BNSF liable for complying with IRS tax laws. Dkt.

No. 13, Def.'s Mot. to Dismiss. The briefing of BNSF's motion to dismiss was completed on January 7, 2015, and a decision from the Court is currently pending. Dkt. Nos. 28-29.

6. *Lewis v. BNSF Railway Company* articulates the reasons why the Anti-Injunction Act bars this Court from asserting subject matter jurisdiction over Count II of Mr. Lewis' Complaint as well as BNSF's immune from liability, under 26 USC § 3403. These two statues apply regardless of whether Mr. Lewis characterizes his claim as a violation of Title VII., a breach of a fiduciary duty, or a constitutional violation. Rather, Mr. Lewis' sole remedy is to initiate a tax refund claim against the United States government, which he did on October 22, 2014, when he filed his complaint against the IRS in case number 14-cv-08295. *See* Ex. B, Pl.'s Compl., Case No. 14-cv-08295.

7. This motion is brought in the interest of justice and not for purposes of undue delay or prejudice to the opposing party.

WHEREFORE, Defendant BNSF Railway Company respectfully requests that this Court consider the holding in *Lewis v. BNSF Railway Company* along with all other authority previously cited in BNSF's Memorandum in Support of its Motion to Dismiss.

                        BNSF RAILWAY COMPANY,

                        By: /s/ Heather R. Adams_____
                            One of Its Attorneys

Raymond H. Groble, III
Heather R. Adams
Daley Mohan Groble, P.C.
55 West Monroe Street, Suite 1600
Chicago, Illinois 60603
312-422-9999
312-422-5370
Groble@daleymohan.com
hadams@daleymohan.com

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing BNSF RAILWAY COMPANY'S MOTION TO CITE SUPPLEMENTAL AUTHORITY was served upon the below-named individual(s) at the address below by either emailing it via CM/ECF electronic filing at his/her email address on the file and/or was placed in the U.S. Mail at 55 W. Monroe, Suite 1600, Chicago, Illinois 60603, with the proper postage prepaid thereon, on the  day of September 16, 2015 to the following party:

***Pro Se* Plaintiff**

Simeon Washa Amen Ra
P.O. Box 199273
Chicago, Illinois 60619


                                          BNSF RAILWAY COMPANY,

                                          By: /s/ Heather R. Adams
                                              One of Its Attorneys

Raymond H. Groble, III
Heather R. Adams
Daley Mohan Groble, P.C.
55 West Monroe Street, Suite 1600
Chicago, Illinois 60603
312-422-9999
312-422-5370
Groble@daleymohan.com
hadams@daleymohan.com