# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SIMEON LEWIS, Estate, Simeon Washa Amen Ra Ex, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 14 CV 7171 |
| v. | ) ) | Honorable Judge Tharp Jr. |
| | ) | Magistrate Judge Valdez |
| BNSF RAILWAY Company, C.E.O. Matthew K. Rose | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Simeon Washa Amen Ra
P.O. Box 199273
Chicago, Illinois 60619

PLEASE TAKE NOTICE that on **Tuesday, September 22, 2015 at 9:00 a.m.**, or as soon after as counsel may be heard, I shall appear before the Honorable Judge John J. Tharp Jr., or whomever may be sitting in his stead, in Courtroom 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **BNSF Railway Company's Motion to Cite Supplemental Authority**, a copy of which is attached and hereby served upon you.

Respectfully Submitted,

By: /s/: Heather R. Adams

Raymond H. Groble III
Heather R. Adams
Daley Mohan Groble, P.C.
55 W. Monroe, Suite 1600
Chicago, Illinois 60603
(312) 422-9999
Groble@daleymohan.com
hadams@daleymohan.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SIMEON LEWIS, Estate, Simeon Washa Amen Ra Ex, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 14 CV 7171 |
| v. | ) ) | Honorable Judge Tharp Jr. |
| | ) | Magistrate Judge Valdez |
| BNSF RAILWAY Company, C.E.O. Matthew K. Rose | ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of the foregoing **BNSF Railway Company's Motion to Cite Supplemental Authority** was served upon the below-named individual(s) at the address below by either emailing it via CM/ECF electronic filing at his/her email address on the file and/or was placed in the U.S. Mail at 55 W. Monroe St., Chicago, Illinois, 60603, with proper postage prepaid thereon, on the 16th day of September, 2015 to the following party:

**PLAINTIFF *Pro Se***
Simeon Washa Amen Ra
P.O. Box 199273
Chicago, Illinois 60619


/s/ Heather R. Adams
Daley Mohan Groble, P.C.
55 W. Monroe, Suite 1600
Chicago, Illinois 60603
(312) 422-9999