## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Simeon Lewis

                          Plaintiff,

v.                                                        Case No.: 1:14–cv–07171
                                                              Honorable John J. Tharp Jr.

BNSF Rail Way Company, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2015:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's motion to cite supplemental authority [37] is granted. Any response by the plaintiff, not to exceed 5 pages, is due within 7 days of this order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.